**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Rickey Williams
v.
City of Chicago, et al

Case Number: 14-cv-6959

An appearance is hereby filed by the undersigned as attorney for:

Commander Glenn Evans

Attorney name (type or print): William E. Bazarek

Firm: Hickey O'Connor & Battle, LLP

Street address: 20 N. Clark Street, Suite 1600

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6203720
(See item 3 in instructions)

Telephone Number: (312) 422-9400

Email Address: wbazarek@hoblawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/16/2017

Attorney signature: S/ Wiliam E. Bazarek
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015