UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICKEY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 14 C 6959 |
| | ) | |
| THE CITY OF CHICAGO, a Municipal Corporation, et. al. | ) | Hon. Jorge L. Alonso |
| | ) | |
| Defendants. | ) | |

### JOINT STATUS REPORT

Pursuant to this Court's November 16, 2017 Minute Entry [Dkt. 157] the Parties submit the following joint status report:

A. **NATURE OF CASE**

    i. **Plaintiff Rickey Williams**
        Antonio M. Romanucci
        Martin D. Gould
        ROMANUCCI & BLANDIN, LLC
        321 North Clark Street, Suite 900
        Chicago, Illinois 60654
        312-458-1000

    ii. **Defendant City of Chicago**
        Eileen E. Rosen
        James B. Novy
        Theresa Berousek Carney
        Rock Fusco & Connelly, LLC
        321 N. Clark Street, Suite 2200
        Chicago, Illinois 60654
        312.494.1000

    iii. **Defendant Glenn Evans**
        Kenneth M. Battle
        Winnefred Monu
        HICKEY, O'CONNOR & BATTLE, L.L.P
        20 N. Clark Street, Suite 1600
        Chicago, Illinois 60602
        312-422-9400

    iv.    **Defendants Muller, Sanchez, Sanchez, Johnson, Bratton, Rayl, Chibick**
Brian P. Gainer
Monica Gutowski
JOHNSON & BELL, LTD
33 West Monroe St., Suite 2700
Chicago, Illinois 60603
312-372-0770

**B. STAUS OF DISCOVERY**

Pursuant to Judge Alonso's June 6, 2017 Order [Dkt. 146], non-*Monell* fact discovery was completed on July 31, 2017, with the exception of the deposition of former IPRA investigator, Vincent Jones. On August 3, 2017, Defendant Glenn Evans was granted additional time of up to and including September 5, 2017 to complete this remaining deposition, while all other non-*Monell* fact discovery was closed. Due to various complicating factors, including the fact that Mr. Jones resides in Houston, Texas and is the subject of a lawsuit filed by Defendant Evans in the Circuit Court of Cook County, the Parties were not able to schedule the deposition prior to September 5, 2017. On September 21, 2017, the Honorable Judge Alonso stayed all remaining fact discovery while the Parties engaged in settlement negotiations. No expert-discovery schedule has been set and all non-*Monell* fact discovery has been informally stayed.

**C. SETTLEMENT**

On June 27, 2017, Plaintiff's counsel issued a revised demand to the City of Chicago. The City has made an offer and negotiations are ongoing. At this time, the Defendants are seeking a settlement conference and the case was referred to the Honorable Judge Martin for scheduling a settlement conference.

Dated: November 22, 2017

Respectfully submitted,

| | |
|---|---|
| RICKEY WILLIAMS<br>By: */s/ Martin D. Gould*<br>Antonio M. Romanucci<br>Martin D. Gould<br>ROMANUCCI & BLANDIN, LLC<br>321 North Clark Street, Suite 900<br>Chicago, Illinois 60654<br>312-458-1000<br>mground@rblaw.net | THE CITY OF CHICAGO<br>By: /s/ *Eileen E. Rosen*<br>Eileen E. Rosen<br>James B. Novy<br>Theresa Berousek Carney<br>Rock Fusco & Connelly, LLC<br>321 N. Clark Street, Suite 2200<br>Chicago, Illinois 60654<br>312.494.1000<br>312.494.1001- fax<br>eerosen@rfclaw.com |
| DEFENDANT OFFICERS<br>By: /s/ Brian P. Gainer<br>Brian P. Gainer<br>Monica Gutowski<br>JOHNSON & BELL, LTD<br>33 West Monroe St., Suite 2700<br>Chicago, Illinois 60603<br>312-372-0770<br>gainerb@jbltd.com | GLENN EVANS<br>By: /s/ *Kenneth Battle*<br>Kenneth M. Battle<br>Winnefred Monu<br>HICKEY, O'CONNOR & BATTLE, L.L.P<br>20 N. Clark Street, Suite 1600<br>Chicago, Illinois 60602<br>312-422-9400<br>kbattle@hobolawfirm.com |