# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Rickey Williams

                        Plaintiff,

v.                                                       Case No.: 1:14–cv–06959
                                                            Honorable Daniel G. Martin

Glenn Evans, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2018:

      MINUTE entry before the Honorable Daniel G. Martin: In light of the Stipulation to Dismiss [173], this case is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the Release and Settlement Agreement and the Agreed Order of Dismissal. Status hearing set for 5/31/2018 is stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.